01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DONALD SEARS,                                )
                                             )
    Plaintiff,                               )   Case No. C04-2511-RSM-JPD
                                             )
    v.                                       )
                                             )
                                             )   ORDER DENYING DEFENDANTS'
UNITED STATES OF AMERICA, et al.,            )   MOTION TO EXTEND THE
                                             )   DISCOVERY PERIOD TO FILE
    Defendants.                              )   MOTION TO COMPEL
                                             )
_____ )

17
18
19
20
21
22
23
24
25
26

    This matter comes before the Court upon the defendants' motion to extend the discovery deadline in this case in order to file a motion to compel. Dkt. No. 16. Defendants argue that the discovery period should be extended for the limited purpose of permitting them to file a motion to compel plaintiff to produce certain discovery that was requested before the close of the discovery period. Plaintiff does not oppose the motion; he requests additional time to conduct discovery as well. Dkt. No. 18. Defendants' reply argues that a mutual extension of time is unwarranted. Dkt. No. 22. Having carefully reviewed the parties' papers and the available record, the Court ORDERS as follows:

ORDER
PAGE - 1

(1)     Defendants' motion for an extension of time to file a motion to compel (Dkt. No. 16) is DENIED.  To the extent plaintiff is seeking an extension of time (Dkt. No. 18), his motion is also DENIED.  Federal Rule of Civil Procedure 6(b)(2) provides that " the court for cause shown may at any time its discretion . . . or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect[.]"

The parties have failed to demonstrate that an extension of time is warranted in this case.  On May 26, 2005, the Court granted the parties' first stipulated motion for extension of time and extended the discovery period until April 3, 2006.  Dkt. No. 9.  On April 18, 2006, the Court granted the parties' second motion for extension of time, which further extended the discovery deadline to June 16, 2006.  Dkt. No. 13.  Hence, the parties have had over a year to conduct discovery.

Moreover, defendants' motion was inexplicably filed more than a month after the close of the discovery period and provides no showing of cause as to why it should be granted.  Dkt. No. 16.  Similarly, plaintiff's response/motion was filed well after the close of the discovery period.  Dkt. No. 18.  The mere fact that plaintiff's incarceration may have complicated discovery logistics is insufficient to justify an extension of time, particularly in light of the length of time provided by the Court.  The parties' motions are denied.  The parties are reminded that the dispositive motion deadline is August 18, 2006.

(2) The Clerk is directed to send a copy of this order to the parties and to the Honorable Ricardo S. Martinez.

DATED this 31st day of July, 2006.

/s/ James P. Donohue
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 3